IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SER DE NEW MEXICO,
PETE D. SALAZAR,

Plaintiffs,

v.                                                                  NO.: 1:15-cv-952 KG-SCY

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

Defendant.

## NOTICE OF SETTLEMENT

The parties, by and through their undersigned counsel of record, hereby notify the Court that they have resolved this matter and are currently working on completing the dismissal documents.

      Respectfully submitted,

      RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

      By: _/s/ Seth L. Sparks_____
          Seth L. Sparks
          Post Office Box 1888
          Albuquerque, NM 87103
          Telephone: (505) 765-5900
          ssparks@rodey.com
          *Attorneys for Defendant*
              *Philadelphia Indemnity Insurance Company*

      and

      Martin J. O'Leary
      Eryk R. Gettell
      SEDGWICK LLP
      333 Bush Street, 30th Floor
      San Francisco, CA 94109-2834
      Telephone: (415) 781-7900
      Martin.Oleary@sedgwicklaw.com
      Eryk.Gettell@sedgwicklaw.com
      *Attorneys for Defendant*
          *Philadelphia Indemnity Insurance Company*

2119016.1

## CERTIFICATE OF SERVICE

       I hereby certify that on December 22, 2015 I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Peter Everett IV
Everett Law
10911 Fourth Street NW
Albuquerque, NM 87114
*Attorneys for Plaintiff*
peiv@everettlaw-nm.com


By: _____/s/_____
      Seth L. Sparks