IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SER DE NEW MEXICO,
PETE D. SALAZAR,

    Plaintiffs,

v.                                                         NO.: 1:15-cv-952 KG-SCY

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

    Defendant.

## STIPULATED JUDGMENT

THIS MATTER, having come before the Court upon the Stipulation of Dismissal ("Stipulation") filed by Plaintiffs Ser De New Mexico and Pete D. Salazar and Defendant Philadelphia Indemnity Insurance Company, and the Court, having reviewed the Stipulation and being fully advised in the premises, FINDS and CONCLUDES that:

    1.    The Court has jurisdiction over the parties to and the subject matter of the above-captioned cause of action;

    2.    The Stipulation is well taken and should be approved;

    3.    Each party is to bear its own costs and fees; and

    4.    All of the existing claims and liabilities in this matter have been resolved.

IT IS THEREFORE ORDERED that final judgment is entered, and this action is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Approved:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: _/s/ Electronically signed by Seth L. Sparks_____
          Seth L. Sparks
Post Office Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
ssparks@rodey.com
*Attorneys for Defendant*
*Philadelphia Indemnity Insurance Company*

and

Martin J. O'Leary
Eryk R. Gettell
SEDGWICK LLP
333 Bush Street, 30th Floor
San Francisco, CA 94109-2834
Telephone: (415) 781-7900
Martin.Oleary@sedgwicklaw.com
Eryk.Gettell@sedgwicklaw.com
*Attorneys for Defendant*
*Philadelphia Indemnity Insurance Company*

Approved as to form:

Everett Law

By: _Email Approval by Peter Everett, IV on 1-14-16_
          Peter Everett IV
10911 Fourth Street NW
Albuquerque, NM 87114
*Attorneys for Plaintiff*
peiv@everettlaw-nm.com